JEFFREY W. SAAB, ESQ.
Nevada State Bar No. 11261
JOHN P. SHANNON, ESQ.
Nevada State Bar No. 7906
BREMER WHYTE BROWN & O'MEARA LLP
1160 N. TOWN CENTER DRIVE
SUITE 250
LAS VEGAS, NV 89144
TELEPHONE: (702) 258-6665
FACSIMILE: (702) 258-6662
jsaab@bremerwhyte.com
jshannon@bremerwhyte.com

Attorneys for Defendant,
ANJELICA GODWIN

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

JESUS GUTIERREZ MORONES, individually; and EDNA OSUNA CASTELLANOS, individually,

Plaintiffs,

vs.

PORTIER LLC, a Foreign Limited-Liability Company; SCHLEUDER LLC, a Foreign Limited-Liability Company; ANJELICA GODWIN, an individual; AUDREY GODWIN, an individual; DOES I through X; and ROE CORPORATIONS I through X, inclusive,

Defendants.

Case No. 2:26-cv-00403-APG-MD

**SECOND AMENDED STIPULATED DISCOVERY PLAN AND SCHEDULING ORDER**

**[SPECIAL SCHEDULING REVIEW REQUEST]**

Under Fed. R. Civ. P. 26(f) and Local Rules of Practice for the United States District Court for the District of Nevada 26-1(a)-(b), Plaintiff JESUS GUTIERREZ MORONES, individually; and EDNA OSUNA CASTELLANOS, individually, by and through their counsel of record, MOSS BERG INJURY LAWYERS; Defendants PORTIER LLC and SCHLEUDER LLC, by and through its counsel of record, the law firm of HALL & EVANS, LLC; Defendant AUDREY GODWIN, by and through her counsel of record, KEATING LAW GROUP; and Defendant ANJELICA

GODWIN, by and through her counsel of record, BREMER WHYTE BROWN & O'MEARA, LLP, and conducted a supplemental discovery-planning conference on October 27, 2026, and hereby submit to the court the following proposed first amended discovery plan. Additionally, in compliance with LR 26-1 (a)-(b), the parties request a special scheduling review, and the following provides a statement of the reasons why longer or different time periods should apply to the case.

## I.
## PRIOR PROCEEDINGS

### A. DATE OF FILING OF ANSWER BY FIRST ANSWERING DEFENDANT

February 17, 2026

.

### B. DATE THE FED. R. CIV. P. 26(F) CONFERENCE WAS HELD

March 17, 2026; Supplemental Rule 26(F) Conference was held on May 26, 2026; Supplemental Rule 26(F) Conference was held at the office of Bremer Whyte Brown & O'Meara, LLP on October 27, 2026.

## II.

## DISCOVERY PLAN PURSUANT TO FED. R. CIV. P. 26(f)(3)

### A. WHETHER CHANGES, IF ANY, SHOULD BE MADE IN TIMING, FORM, OR REQUIREMENTS FOR DISCLOSURES UNDER FED. R. CIV. P. 26(A)

**1. Plaintiffs' view:** None.

**2. Defendants' view:** None.

///

///

///

///

///



BREMER WHYTE BROWN & O'MEARA LLP
1160 N. Town Center Drive
Suite 250
Las Vegas, NV 89144
(702) 258-6665

**B. SUBJECTS ON WHICH DISCOVERY MAY BE NEEDED, WHEN DISCOVERY SHOULD BE COMPLETED, AND WHETHER DISCOVERY SHOULD BE CONDUCTED IN PHASES OR BE LIMITED TO OR FOCUSED ON PARTICULAR ISSUES**

**1. Plaintiffs' view:**

i. Discovery will consist of items needed regarding Plaintiff's claims and Defendant's defenses.

ii. Discovery should be completed on April 13, 2027, allowing an additional (90) days for discovery from the initial deadline of January 13, 2027.

iii. Discovery in this matter does not need to be conducted in phases.

**2. Defendants' view:**

i. Discovery will consist of items needed regarding Plaintiffs' claims and Defendants' defenses.

ii. Discovery should be completed on April 13, 2027, allowing for an additional (90) days for discovery from the initial deadline of January 13, 2027.

iii. Discovery in this matter does not need to be conducted in phases.

**C. WHETHER ISSUES EXIST REGARDING DISCLOSURE OR DISCOVERY OF ELECTRONICALLY STORED INFORMATION, INCLUDING THE FORM OR FORMS IN WHICH IT SHOULD BE PRODUCED**

1. **Plaintiffs' view:** Not at this time.

2. **Defendants' view:** Not at this time.

**D. WHETHER ISSUES EXIST REGARDING CLAIMS OF PRIVILEGE OR OF PROTECTION AS TRIAL-PREPARATION MATERIALS, INCLUDING—IF THE PARTIES AGREE ON A PROCEDURE TO ASSERT THESE CLAIMS AFTER PRODUCTION—WHETHER TO ASK THE COURT TO INCLUDE THEIR AGREEMENT IN AN ORDER UNDER FEDERAL RULE OF EVIDENCE 502**



BREMER WHYTE BROWN & O'MEARA LLP
1160 N. Town Center Drive
Suite 250
Las Vegas, NV 89144
(702) 258-6665

1. **Plaintiffs' view:** Not at this time.

2. **Defendants' view:** Not at this time.

### E. WHETHER, IF ANY, OTHER ORDERS SHOULD BE ENTERED BY THE COURT UNDER RULE 26(C) OR RULE 16(B) AND (C)

1. **Plaintiffs' view:** Not at this time.

2. **Defendants' view:** Not at this time.

## III.
## <u>DISCOVERY PLAN AND MANDATORY DISCLOSURES PURSUANT TO LR 26-1 (b)</u>

### A. A STATEMENT OF THE REASONS WHY LONGER OR DIFFERENT TIME PERIODS SHOULD APPLY TO THE CASE OR, IN CASES IN WHICH THE PARTIES DISAGREE AS TO THE FORM OR CONTENTS OF THE DISCOVERY PLAN, A STATEMENT OF EACH PARTY'S POSITION ON EACH POINT IN DISPUTE PURSUANT TO LR 26-1(a)

1. Plaintiffs' view: Since the First Amended Stipulated Discovery Plan, the parties have exchanged supplemental Rule 26(a) disclosures, written discovery and their respective responses to same. The parties have also taken the deposition of Defendant Anjelica Godwin, and Plaintiff Jesus Gutierrez Morones. The deposition of Plaintiff Edna Osuna Castellanos was noticed, but due to conflicts in timing, had to be re-noticed for another date. The parties are working toward disclosing initial expert witnesses. On October 26, 2026, Plaintiffs notified Defendants that Plaintiff Edna Osuna Castellanos would be claiming future medical expenses, including cervical facet joint injections at C5-7, potential radiofrequency ablation and a posterior spinal instrumentation and fusion at C5-7. The current initial expert disclosure deadline is November 13, 2026. This is a new disclosure, and the Plaintiff has agreed to additional

BREMER WHYTE BROWN & O'MEARA LLP
1160 N. Town Center Drive
Suite 250
Las Vegas, NV 89144
(702) 258-6665

time to allow the Defendants to conduct a F.R.C.P. 35 examination of Plaintiff Edna Osuna Castellanos.

Plaintiff therefore requests an additional ninety (90) days, to April 13, 2027, from the previous deadline for the close of discovery of January 13, 2027, in order to give the parties enough time to conduct a Rule 35 examination, and take depositions of the parties' experts. The extended discovery provides the Parties a meaningful period in which to complete discovery. The parties have also discussed a potential mediation, and the requested extension of the existing deadlines may foster a potential resolution of this case.

**2. Defendants' view:** Defendants request an additional (90) days to April 13, 2027 from the previous stipulated discovery deadline of January 13, 2027 because additional time is needed to allow for a Rule 35 examination of Plaintiff Edna Osuna Castellanos. On October 26, 2026, this Plaintiff disclosed for the first time that she is claiming future special damages in the form of medical expenses including cervical facet joint injections at C5-7, a potential radiofrequency ablation and a posterior spinal instrumentation and fusion at C5-7. The total future medical expenses associated with the future fusion surgery alone ranges from approximately $416,200.00 to $489,950.00. Without the extension, Defendants will be unable to conduct a Rule 35 examination and produce a report within the current initial expert disclosure deadline of November 13, 2026. A ninety (90) day extension permits the Defendants to conduct a Rule 35 examination, disclose the examiner's report, and furthermore conduct expert depositions in a timely fashion. The requested extension may also assist the parties in resolving this case via mediation or settlement.

///

///

///

///

///

BREMER WHYTE BROWN & O'MEARA LLP
1160 N. Town Center Drive
Suite 250
Las Vegas, NV 89144
(702) 258-6665

**B. FORM OF STIPULATED DISCOVERY PLAN AND SCHEDULING ORDER PURSUANT TO LR 26-1(b)(1)-(6).**

| LR 26-1(b)(1-6) Deadlines | DATE |
| --- | --- |
| Discovery Cut-Off Date | **April 13, 2027** |
| Amending the Pleadings and Adding Parties (LR 26-1(e)(2)) (Not later than 90 days before close of discovery) | **CLOSED** |
| Fed. R. Civ. P. 26(a)(2) Disclosures (Experts) (Not later than 60 days before close of discovery) | **February 11, 2027** |
| Fed. R. Civ. P. 26(a)(2) Rebuttal Disclosures (Not later than 30 days after initial disclosure of experts) | **March 12, 2027** |
| Dispositive Motions (LR 26-1(e)(4)) (Not later than 30 days after Discovery cut-off date) | **May 13, 2027** |
| Joint Pretrial Order and Fed. R. Civ. P. 26(a)(3) Disclosures (Not later than 30 days after dispositive-motion deadline) | **June 12, 2027** |

A motion or stipulation to extend any deadline set forth in the Discovery Plan and Scheduling Order must be received by the court no later than twenty-one (21) days before the expiration of the subject deadline and must be supported by a showing of good faith as outlined in LR 26-4.

**C. CERTIFICATION OF DISPUTE RESOLUTION CONFERENCE**

The undersigned certify that they met and conferred about the possibility of using alternative dispute-resolution processes.

///

///

///



BREMER WHYTE BROWN & O'MEARA LLP
1160 N. Town Center Drive
Suite 250
Las Vegas, NV 89144
(702) 258-6665

**D. CERTIFICATION OF ALTERNATIVE FORMS OF CASE DISPOSITION**

The undersigned do not consent to trial by a magistrate judge under 28 U.S.C. §636 (c) and Fed. R. Civ. P. 73, or the use of the Short Trial Program (General Order 2013-01).

**E. ELECTRONIC EVIDENCE DISPOSITION**

A jury trial has been demanded and the undersigned certify that they discussed whether the parties intend to present evidence in electronic format to jurors for the purposes of jury deliberations, and the following stipulations were reached regarding providing discovery in an electronic format compatible with the court's electronic jury evidence display system: None at this time.

///
///
///
///
///
///
///
///
///
///
///
///
///
///
///
///
///



BREMER WHYTE BROWN & O'MEARA LLP
1160 N. Town Center Drive
Suite 250
Las Vegas, NV 89144
(702) 258-6665

## F. OTHER ORDERS REQUIRED OF THE COURT:

Plaintiffs' Motion to Remand to State Court.

**STIPULATED TO BY:**

DATED this 30th day of October 2026.

MOSS BERG INJURY LAWYERS

*/s/ Marcus A. Berg*
MARCUS A. BERG, ESQ.
Nevada Bar No. 9760
marcus@mossberglv.com
ANA P. AMEZAGA, ESQ.
Nevada Bar No. 16790
ana@mossberglv.com
5420 W. Sahara Avenue, Suite 101
Las Vegas, Nevada 89146
*Attorneys for Plaintiffs*

DATED this 30th day of October 2026.

HALL & EVANS, LLC

*/s/ David M. Sexton*
KURT R. BONDS, ESQ.
Nevada Bar No. 6228
bondsk@hallevans.com
DAVID M. SEXTON, ESQ.
Nevada Bar No. 14951
sextond@hallevans.com
1160 North Town Center Drive
Suite 330
Las Vegas, Nevada 89144
nvefile@hallevans.com
*Attorneys for Portier LLC and Schleuder LLC*

DATED this 30th day of October 2026.

KEATING LAW GROUP

*/s/ John T. Keating*
JOHN T. KEATING, ESQ.
Nevada Bar No. 6373
jkeating@keatinglg.com
ANGELA MARIE LEE, ESQ.
Nevada Bar No. 14905
alee@keatinglg.com
9130 W. Russell Road, Suite 200
Las Vegas, Nevada 89148
*Attorneys for Defendant Audrey Godwin*

DATED this 30th day of October 2026.

BREMER WHYTE BROWN & O'MEARA, LLP

*/s/ John P. Shannon*
JEFFREY W. SAAB, ESQ.
Nevada Bar No. 11261
jsaab@bremerwhyte.com
JOHN P. SHANNON, ESQ.
Nevada Bar No. 7906
jshannon@bremerwhyte.com
1160 North Town Center Drive
Suite 250
Las Vegas, Nevada 89144
*Attorneys for Defendant Anjelica Godwin*

Any future request for extension must please follow the format provided by LR 26-3, and include all then current discovery and pretrial deadlines.

**IT IS SO ORDERED.**

**Hon. Maximiliano D. Couvillier, III**
**UNITED STATES MAGISTRATE JUDGE**

**DATED:** November 4, 2026